[No. 27546-9-III. Division Three. January 19, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD JAMES EDWARDS, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 08-1-01793-2, Harold D. Clarke III, J., entered October 22, 2008. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Kulik, C.J., and Sweeney, J.

[No. 27995-2-III. Division Three. January 19, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. JOAN MARIE GRIFFITH, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 04-1-00894-9, Linda G. Tompkins, J., entered March 12, 2009. *Affirmed* by unpublished opinion per Kulik, C.J., concurred in by Sweeney and Brown, JJ.

[No. 28497-2-III. Division Three. January 19, 2010.]

YAKIMA COUNTY, *Respondent*, v. ALFRED C. RIDDLE ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Yakima County, No. 09-2-00975-8, Michael E. Schwab, J., entered April 16, 2009. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Kulik, C.J., and Brown, J.

[No. 37307-6-II. Division Two. January 20, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN R. BOLDT, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 07-1-00749-8, James J. Stonier, J., entered January 3, 2008. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Van Deren, C.J., and Houghton, J.